# United States District Court
## Violation Notice

| CVB Location Code | |
|---|---|
| CC 81 | |

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7415140 | J. Petersen | 1331 |

7415140

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 3-7-18 1215 | 36 CFR 2.35 (b)(2) |

Place of Offense: Hidden Valley Campground

Offense Description: Factual Basis for Charge    HAZMAT ☐

Possession of Psilocybin Mushrooms

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Lee | Hannah | — |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| V356325 | IL | 13 | Honda | | S.1 |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

UP18025121

$ _____ Forfeiture Amount
$30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| US District Court 3470 12th St. Room 3/4 Riverside, CA 92501 | 06/06/2018 |
| | Time (hh:mm) |
| | 0830 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)    Original - CVB Copy

CVB SCAN 03/16/2018 9:44

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 3-7, 2018 while exercising my duties as a law enforcement officer in the Central District of California

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 3/7/2018    _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 03/16/2018 9:44

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 7, 2018 while exercising my duties as a law enforcement officer in the Central District of California

On 03/07/2018 at approximately 1215 hours, I, U.S. Park Ranger Joshua Petersen, was on duty operating an official marked patrol vehicle in Hidden Valley Campground. I had my driver's side window down and could smell a strong odor of marijuana coming from campsite number 34. I drove past the site and observed a female jogging from site 34 to site 35. I stopped at site 35 and spoke with the female. She was later identified as Hannah LEE by her Illinois drivers license. LEE stated she had forgotten to pay her camping permit fee. I observed that her camping permit was expired. I asked LEE if she was in possession of marijuana, she stated she was not. I informed her that I could smell the odor of marijuana coming from the campsite she just left. I asked her again if she was in possession of marijuana. She stated she had a small amount of marijuana in her vehicle. I asked her to retrieve the marijuana. She went into her vehicle and located a small amount of marijuana. I asked her if there was anything else in the vehicle, because I was going to conduct a search. She stated she had some mushrooms. LEE located in her vehicle Psilocybin Mushrooms, a small container which she stated contained "DMT", and more marijuana.

Location: CC81
VN: 7415140

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 3/7/2018
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)        U.S. Magistrate Judge